**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**OLD WILSON DIVISION**

**No. 8:69-CV-01128-M**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**ORDER**

**HALIFAX COUNTY**
**BOARD OF EDUCATION, et al.**

**Defendants.**

---

This matter comes before the court on the Parties' Joint Motion for Unitary Status and Dismissal with Prejudice. DE 7. The court finds the Halifax County School District has achieved full and final unitary status, and the Motion is therefore GRANTED. The court's jurisdiction over this matter is terminated and the case is DISMISSED WITH PREJUDICE. All prior injunctions and orders entered in this case are DISSOLVED. The Clerk of Court shall enter judgment stating, "This case is DISMISSED with prejudice," and shall close the case.

SO ORDERED this 1st day of April, 2026.

Richard E Myers II

RICHARD E. MYERS II
Chief United States District Judge