UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
OLD WILSON DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

HALIFAX COUNTY BOARD OF EDUCATION, *A BODY CORPORATE*, FRED L. HARRISON, *AS MAYOR OF THE TOWN OF SCOTLAND NECK*, J.A. ANDREWS, *AS A MEMBER OF THE BOARD OF COMMISSIONERS OF THE TOWN OF SCOTLAND NECK*, F.G. SHEARIN, *AS A MEMBER OF THE BOARD OF COMMISSIONERS OF THE TOWN OF SCOTLAND NECK*, FRANK P. SHIELDS, *AS A MEMBER OF THE BOARD OF COMMISSIONERS OF THE TOWN OF SCOTLAND NECK*, J.I. WALSTON, *AS A MEMBER OF THE BOARD OF COMMISSIONERS OF THE TOWN OF SCOTLAND NECK*, TOWN OF SCOTLAND NECK, *A PUBLIC BODY CORPORATE*, SCOTLAND NECK CITY BOARD OF EDUCATION, *A BODY CORPORATE*,

Defendants.

**JUDGMENT**
**CASE NO. 8:69-CV-1128-M**

**Decision by Court.**

**This action came before the Honorable Richard E. Myers II, Chief United States District Judge, for ruling as follows:**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Parties' Joint Motion for Unitary Status and Dismissal with Prejudice is granted, and this case is DISMISSED with prejudice.

This Judgment filed and entered on April 1, 2026, and copies to:
Adam Griffin (via CM/ECF electronic notification)

April 1, 2026

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Rebecca Chapman
Deputy Clerk